# **EXHIBIT 3**

Letter from ODM to M. Mansinghani and K. Wagner
June 30, 2021



**MARY ANN PRITCHARD**
**DIRECTOR**

**J. KEVIN STITT**
**GOVERNOR**

STATE OF OKLAHOMA
DEPARTMENT OF MINES

June 30, 2021

**Sent Via Email Message**

Mithun Mansinghani
Solicitor General
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Kenneth Wagner
Secretary of Energy & Environment
State of Oklahoma
204 N. Robinson Ave
Oklahoma City, OK 73102

RE:  Denial of remaining portion of federal grant award to Okla. Dept. of Mines by the Office of Surface Mining Reclamation and Enforcement (OSMRE)

Dear Gentlemen:

The staff of the Oklahoma Department of Mines (ODM) has received information that indicates that the Office of Surface Mining Reclamation and Enforcement (OSMRE) does not intend to authorize the distribution of the remaining $657,679 of ODM's $1,319,217 federal grant award for the 2021 calendar year.  This information came to ODM by way of a phone conversation on June 29, 2021 between ODM's Chief Financial Officer Suzen Rodesney and Paul Fritsch, Branch Chief of the Program & Technology Support Branch of OSMRE in Alton, Illinois.  Mr. Fritsch is the principal OSMRE employee that handles ODM's federal grant award.

In that June 29, 2021 phone call, Mrs. Rodesney asked Mr. Fritsch why the letter of credit balance used by ODM to pay its program expenses did not reflect the remaining funds for the grant year (calendar year).  Mr. Fritsch stated that he had not been authorized to award any additional funds at that time, and directed Rodesney to speak with either Joe Maki or Glenda Owens.  Joe Maki is the Director of OSMRE's Tulsa Field Office, while Glenda Owens is the acting Director of OSMRE.

According to Mrs. Rodesney, ODM has only enough funds available to pay employee salaries for two (2) months.  Without the remaining federal grant funds, the agency will be required to take emergency actions, including laying off or furloughing employees, closing offices, and selling assets.  We are requesting guidance on how we should proceed in light of this new development.

Sincerely,

*Mary Ann Pritchard*

Mary Ann Pritchard, Director
Oklahoma Department of Mines

cc: Bryan Cleveland, Jennifer Lewis, Tim Downing, Victoria Tran